**Order entered December 7, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00391-CR**
**No. 05-20-00392-CR**

**NATHANAEL JACE MIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-42179-N & F16-41127-N**

**ORDER**

Before the Court is appellant's December 4, 2020 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by December 18, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE